IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                               :
                               :
                               :
        v.                     :    CRIMINAL NUMBER 19-518■-1,2,3
                               :
                               :
                               :
NEIL K. ANAND        :
Asif Kundi
Atif Malik                          **STIPULATION**

It is hereby stipulated by and between Defendant Neil K. Anand and his attorneys, Coley O. Reynolds and Christopher Furlong, the United States, by its attorneys David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Paul J. Koob, Patrick Campbell, and Arun Bodapati, United States Department of Justice Trial Attorneys, and Defendant Asif Kundi, by and through his attorneys, Elizabeth Toplin and Kathleen Gaughan, Defendant Atif Malik, by and through his attorney, Margaret M. Grasso, that the following facts are true and correct, and may be entered into the record of this case without further proof:

On February 12, 2025, Tamara Gage was interviewed by Special Agent Marysol Mateo of the Office of Personnel Management, Office of Inspector General, Special Agent Nancy Case of the United States Postal Service under the Office of Inspector General and Department of Justice Attorneys Paul Koob, Patrick Campbell and Arun Bodapati interviewed Tamara Gage at the United States Attorney's Office located at 402 E. State Street #430, Trenton NJ 08608. In attendance was Gage's husband Eric. After being advised of the identity of the interviewing Special Agents and the nature of the interview, Gage provided the following voluntary information, Tamara Gage wrote the letter/affidavit, Government Exhibit 849, and verified to all

present during that interview that the signature on the affidavit, notarized by Doreen Baron, Notary Public, Bucks County on July 27, 2019, was her, Tamara Gage's signature.

This Stipulation has the same force and effect if signed by counterparts.

_____
PAUL J. KOOB

_____
PATRICK J. CAMPBELL

_____
ARUN BODAPATI
Trial Attorneys, Fraud Section
Criminal Division, U.S. Department of Justice

_____
NEIL K. ANAND
Defendant

_____
COLEY O. REYNOLDS

_____
CHRISTOPHER FURLONG
Counsel for Defendant Neil Anand

_____
ASIF KUNDI
Defendant

_____
ELIZABETH TOPLIN

_____
KATHLEEN GAUGHAN
Counsel for Defendant Asif Kundi

_[signature]_
ATIF MAHMOOD MALIK
Defendant

_[signature]_
MARGARET M. GRASSO
Counsel for Defendant Malik