IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

vs. : CRIMINAL ACTION
:
ASIF KUNDI   No. 19-cr-518-2

**JUDGMENT:**
**ACQUITTAL/NOT GUILTY**

AND NOW, this 16th day of April 2025, with the defendant, the attorneys for the defendant, and the attorneys for the United States present in court on April 15, 2025, and:

☐ The Court having granted the defendant's motion for judgment of acquittal as to:

☐ A jury having been waived, and the Court finding the defendant not guilty as to:

☒ The jury having returned its verdict, finding the defendant not guilty as to: counts 1s, 2s-4s, and 10s of the superseding indictment

**IT IS ORDERED** that judgment is hereby entered pursuant to the Federal Rules of Criminal Procedure.

BY THE COURT:

/s/ Chad F. Kenney
Chad F. Kenney, Judge

Cc:   Counsel
      U.S. Marshal
      Probation Office
      Pretrial Services